JOHN A. JOHNSON, as Administrator with the Will Annexed of JOHN JOHNSON, Deceased, Substituted in Place of ELLEN JOHNSON, as Administratrix, Appellant, *v.* STROMBERG-CARLSON TELEPHONE MANUFACTURING COMPANY, Respondent.

Submitted May 23, 1938; decided May 31, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 276 N. Y. 621.)

ARTHUR M. FORTE, as Administrator of the Estate of ROBERT FORTE, Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents, Impleaded with Others.

JOSEPH KUTTLER, as Administrator of the Estate of JOHN KUTTLER, Deceased, Appellant, *v.* Same.

HENRY SWANKER, Appellant, *v.* Same.

CHARLES A. KEEFE, Appellant, *v.* Same.

Argued May 16, 1938; decided May 31, 1938.

*Kenneth J. Dugan* for motion.
*Alexander Diamond* opposed.
Motion denied.